IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

Willie Lee Brown,                              *

    Plaintiff                          *
                                                 Case Number 5:07-CV-221 (CAR)
vs.                                            *

Georgia Department of Corrections,
et al.,                                        *

    Defendants                         *

<u>ORDER OF REFERRAL</u>

    IT IS ORDERED that the above-captioned matter is hereby referred to Magistrate Judge Claude W. Hicks Jr., Post Office Box 48, Macon, Georgia 31202, for the conduct of proceedings herein in accordance with 28 U.S.C. §636 and Local Rule Seventy-Two.

    Within **TEN (10) DAYS** after being served with any nondispositive order or with any proposed findings or recommendations, any party herein may serve and file written objections thereto with the Clerk of Court; said objections will then be reviewed and considered by the District Judge to whom said case is assigned.  If the parties hereafter consent to trial and/or disposition of this matter by the United States Magistrate Judge, the Magistrate Judge will direct the entry of final judgment and any appeal will be made directly to the Eleventh Circuit Court of Appeals.

    SO ORDERED, this 7th day of June, 2007.

                        Gregory J. Leonard, Clerk

                        S/ Holly R. McCarra, Deputy Clerk
                        At the Direction of the Court